UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORIA

ZIR ION WEEMS,

    *Petitioner*,

  vs.

ROBERT BURTON, Acting Warden,
California Healthcare Facility - Stockton,

    *Respondent*,

People of the State of California,

*Real Party in Interest*.

No. 2:21-cv-01392-KJM-CKD

ORDER

**ORDER GRANTING EXTENSION OF TIME**

Good cause appearing, this court grants petitioner's request for an extension of time to file his traverse and reply memorandum. Petitioner may file the traverse and reply memorandum on or before December 3, 2021.

Dated: November 5, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1